**A. Corwin TAYLOR, Plaintiff— Appellant,**

v.

**CHESTERFIELD COUNTY, VIRGI-NIA; Commonwealth of Virginia; Nathaniel M. Collier, III; William B. Cave; Jane K. Hensley, Defendants— Appellees.**

No. 04–2398.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 28, 2005.

Decided Feb. 10, 2005.

A. Corwin Taylor, Appellant pro se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

A. Corwin Taylor seeks to appeal the district court's order remanding the civil action against him to state court for lack of subject matter jurisdiction and denying his subsequent motion to vacate the remand order. The district court's remand order is not reviewable. *See* 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. In addition, we grant Taylor's motion for leave to file his informal brief out of time and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*